NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1338, -1369

PASS & SEYMOUR, INC.,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

GENERAL PROTECHT GROUP, INC.,

Intervenor,

and

WENZHOU TRIMONE SCIENCE & TECHNOLOGY ELECTRIC CO., LTD.,

Intervenor,

and

SHANGHAI ELE MANUFACTURING CORPORATION,

Intervenor.

---

2009-1378, -1387, -1434

GENERAL PROTECHT GROUP, INC.,

Appellant,

and

WENZHOU TRIMONE SCIENCE & TECHNOLOGY ELECTRIC CO., LTD.,

Appellant,

and

SHANGHAI ELE MANUFACTURING CORPORATION,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

PASS & SEYMOUR, INC.,

Intervenor.

On appeal from the United States International Trade Commission
in Investigation No. 337-TA-615.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Pass & Seymour, Inc. moves without opposition for leave to intervene in appeal no. 2009-1434. The parties move jointly for extensions of time to file their briefs in appeal nos. 2009-1338, -1369 and 2009-1378, -1387, -1434.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion for leave to intervene is granted.

(2)     The motion seeking extensions of time for the parties to file their briefs is granted.

(3)    The briefing schedule for 2009-1338, -1369 is as follows.  Pass & Seymour's brief is due no later than September 25, 2009.  The briefs of the International Trade Commission and all intervenors are due no later than November 20, 2009.  Pass & Seymour's reply brief is due no later than December 17, 2009.

(4)    The briefing schedule for 2009-1378, -1387, -1434 is as follows.  The briefs of all appellants are due no later than October 29, 2009.  The briefs of the Commission and Pass & Seymour are due no later than January 15, 2010.  The reply briefs of all appellants are due no later than February 11, 2010.

(5)    The combined joint appendix for both sets of appeals is due no later than February 25, 2010.

FOR THE COURT

AUG 1 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Mark J. Abate, Esq.
       Paul M. Bartkowski, Esq.
       Tony D. Chen, Esq.
       Ann G. Fort, Esq.
       Lei Mei, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2009

JAN HORBALY
CLERK